UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                    Plaintiff,<br><br>v.<br><br>BTIG, LLC<br><br>                                    Defendant. | No. 21 Civ. 4521-ER<br><br>ECF CASE |

## ORDER GRANTING WITHDRAWAL AS COUNSEL

Upon the Notice by counsel for Plaintiff Securities and Exchange Commission and the accompanying Declaration of Sarah Heaton Concannon,

IT IS HEREBY ORDERED that the request of Sarah Heaton Concannon for leave to withdraw as counsel for Plaintiff is granted, and the appearance of Sarah Heaton Concannon is withdrawn as of the date of this Order.

SO ORDERED.

Dated: September 10, 2021
New York, New York

_____
Edgardo Ramos, U.S.D.J.