UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>v.<br><br>BTIG, LLC,<br><br>                    Defendant. | Case No. 1:21-cv-04521-ER |

### SEC'S NOTICE OF MOTION TO STRIKE
### BTIG'S THIRD AND FOURTH AFFIRMATIVE DEFENSES

Pursuant to Federal Rule of Civil Procedure 12(f) and the Court's ruling at the pre-motion conference on November 2, 2021, Plaintiff Securities and Exchange Commission ("SEC" or "Commission") respectfully moves the Court to strike Defendant BTIG, LLC's third and fourth affirmative defenses. The reasons in support of this motion are set forth in the SEC's memorandum of law filed herewith.

Dated:  November 23, 2021         Respectfully submitted,

                                  /s/ Timothy K. Halloran
                                  Timothy K. Halloran (admitted *pro hac vice*)
                                  U.S. Securities and Exchange Commission
                                  100 F Street, NE
                                  Washington, DC 20549
                                  Tel:  202-551-4414
                                  Email:  hallorant@sec.gov
                                  *Counsel for the SEC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2021, I caused a copy of the foregoing document to be filed through the Court's ECF system, which will serve a copy on all counsel of record.

                                                /s/ Timothy K. Halloran
                                                Timothy K. Halloran